## City of Chicago, Appellee, v. Jean Hansen and Martin Ochs, Appellants.

**Gen. Nos. 44,722, 44,723.**

opinion filed May 18, 1949; released for publication June 17, 1949. Pat-
rick P. Petrone, for appellants; Benjamin S. Adamowski, Corporation
Counsel, for appellee; L. Louis Karton, Head of Appeals and Review
Division, and Harry H. Pollack, Assistant Corporation Counsel, of counsel.
Opinion by JUSTICE KILEY. **Not to be published in full.**